[No. 16390–6–I. Division One. January 21, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. RHONA
DENISE SHANS, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–00114–8, Nancy A. Holman, J., entered
April 29, 1985. *Reversed* by unpublished opinion per Cole-

man, J., concurred in by Williams and Grosse, JJ.